## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SETH RUSEK,

    Plaintiff,

v.

AMERIS BANK,

    Defendant.

Case No.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant, AMERIS BANK ("Ameris"), hereby removes the above-captioned action from the Magistrate Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, Ameris states as follows:

## INTRODUCTION

1.  On April 6, 2026, Plaintiff, SETH RUSEK ("Plaintiff"), filed a statement of claim against Ameris (the "Statement of Claim") in the Magistrate Court of Gwinnett County, State of Georgia, styled *Seth Rusek v. Ameris Bank*, Civil Action No. 26-M-17436 (the "State Court Action").

2.  Plaintiff served the Statement of Claim on Ameris on April 21, 2026. Accordingly, pursuant to 28 U.S.C. §1446(b), this notice of removal is timely filed

within thirty (30) days of the date upon which Ameris received a copy of the initial pleading in the State Court Action.

3.      There are no other defendants named who must consent to removal.

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the State Court Action are attached hereto as **Composite Exhibit A**. Also, pursuant to 28 U.S.C. § 1446(d), attached hereto as **Exhibit B** is a true and correct copy of the Notice to Plaintiff of Removal to Federal Court to be filed and issued by Ameris in the State Court Action. Lastly, attached hereto as **Exhibit C** is a true and correct copy of the Notice of Filing Notice of Removal to be filed by Ameris in the State Court Action.

5.      The United States District Court for the Northern District of Georgia, Atlanta Division, is the federal judicial district embracing the Magistrate Court of Gwinnett County, State of Georgia, where the State Court Action was originally filed. Therefore, venue is proper under 28 U.S.C. §§ 90(a)(2) and 1441(a).

6.      Removal of this action is proper because it is an action in which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331: it arises under the Expedited Funds Availability Act (12 U.S.C. §§ 4001-4010, the "EFAA") and its implementing regulation, Subpart B of Regulation CC (12 C.F.R. §§ 229.10-229.21), both of which are laws of the United States of America.

7.     In his Statement of Claim, Plaintiff alleges Ameris violated the EFAA and/or Subpart B of Regulation CC by failing to provide him with a "legally sufficient exception-hold notice" after Plaintiff made a deposit through Ameris's mobile deposit service. *See* Composite Exhibit A at Statement of Claim, p.1.

8.     Since there is a federal question at issue in the State Court Action, it is one over which the district courts of the United States have original jurisdiction under 28 U.S.C. § 1331. Therefore, the State Court Action may be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, as the district court of the United States for the district and division embracing the place where the State Court Action is pending under 28 U.S.C. § 1441 *et seq.*

9.     Nothing in this Notice of Removal shall be construed as a waiver of Ameris's right to assert any defense or affirmative matter.

WHEREFORE, PREMISES CONSIDERED, Defendant, AMERIS BANK, removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

Dated this 21st day of May, 2026.

**ADAMS & REESE, LLP**

*/s/Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069
Adams & Reese, LLP
3455 Peachtree Road, NE, Suite 1750
Atlanta, GA 30326
Telephone: (470) 427-3700
amyhanna.keeney@arlaw.com

*Counsel for Ameris Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record and CM/ECF participants, and a copy has been served via First Class U.S. Mail upon:

Seth Rusek
2153 Spencer Court
Marietta, GA  30066
*Plaintiff*

*/s/Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069
