# COMPOSITE EXHIBIT A

# MAGISTRATE COURT OF ___Gwinnett___ COUNTY, GEORGIA

Date Filed **4/6/2026** ___

Case No: ___26-M-17436___

Seth Rusek
_____
2153 Spencer Court
_____
Marietta, GA 30066
_____
**Plaintiff(s) Name, Address**

## STATEMENT OF CLAIM

VS
Ameris Bank c/o Registered Agent
_____
289 South Culver Street
_____
Lawrenceville, GA 30046
_____
**Defendant(s) Name, Address**

[   ] Suit on Note   [   ] Suit on Account   [   ] Breach of Contract   [   ] Injury   [✔] Other
Violation of Regulation CC Expedited Funds Availability Act; wrongful withholdin

1. The Court has jurisdiction over the defendant(s) [✔] the Defendant(s) is a resident of **Gwinnett** County; [   ] Other (please specify) Venue is proper as Defendant is a corporation with its Registered Agent CT Corporation Systems in Gwinnett County.

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Plaintiff deposited a $4,150.00 check by mobile deposit on August 25, 2025. Defendant withheld the entire deposit for seven business days and failed to provide a legally sufficient exception-hold notice under Regulation CC/the Expedited Funds Availability Act. Plaintiff seeks $1,350 statutory damages, court costs, and all other lawful relief. 12 C.F.R. Part 229.10, 229.13, app C - Driverdo LLC v. JPMorgan Chase Bank and Garfield-Dan Ryan Currency Exch v. Citibank concur mobile deposits are RegCC

3. That said claim is in the amount of: ____**1350**____, principal _____ interest, plus attorney's fees in the amount of _____ pursuant to _____, plus ___**$60**___ costs to date, and all future costs of this suit.

State of Georgia, ___**Gwinnett**___ County:

_____ swears the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

**Plaintiff(s) or Agent**
(If Agent, Title or Capacity) _____

████████████

**Day Time Phone Number**

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the
_____**75 Langley Dr, Lawrenceville, GA 30046**_____, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This _____ day of ___**4/7/2026**___, 20 ___ _____
Magistrate or Deputy Clerk of Court

**Civil Action No:** 26-M-17436
**Date Filed:** April 7, 2026

E-FILED IN OFFICE AN
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
26-M-17436
4/23/2026 5:12 PM
TIANA P. GARNER, CLERK

**IN THE MAGISTRATE COURT OF GWINNETT COUNTY; STATE OF GEORGIA**

**Attorney's or Plaintiff's Address & Telephone Number:**

Seth Rusek

2153 Spencer Court

Marietta, Georgia 30066

**Seth Rusek**

**PLAINTIFF(S)**

v/s

**Ameris Bank**

**DEFENDANT (S)**

**Name and Address of Party to be Served:**

Ameris Bank

c/o C T Corporation System

289 S. Culver Street

**COST OF SERVICE $ 40.00**

Lawrenceville, Georgia 30043

## SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

**DATE OF SERVICE:  April 21, 2026 @ 2:31 pm EDT**

[ ] **PERSONAL**  Place of Service [ ] same as above; [ ] other, as follows: _____
I served this def./garnishee  with a copy of the action & summons:

[ ] **NOTORIOUS**  I served Def./Garnishee by leaving a copy of the action and summons at the most notorious place of business in the county: _____

| | | |
|---|---|---|
| Delivered the same to: | described as follows: approximate age: | approximate weight:     pounds; |
| approximate height: | and living at the home of the defendant. | |

[ X ] **CORPORATION** Upon corporation: **Ameris Bank**

By serving: **Linda Banks, Intake Specialist** in charge of the office and place of business of the corporation in the county.

By serving: **C. T. Corporation System**, its registered agent, with the **Statement of Claim.**

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[ ] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court.
Other:

**(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)** I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the def./garnishee  simultaneous with service of all documents connected with this action. *(Please use a blue ink which clearly indicates this is an original affidavit.)*

Sworn to before me this __22nd__ day of
__April__ _____, 20_26_

Notary Public, my commission expires _____
Notary shall affix seal

Signature of Process Server (signed only before notary public/clerk)

Print Name: __Lee  J.  Gauthreaux__
(Must be clearly legible on def./garnishee  copy to indicate who made service at the time service was made.)