# EXHIBIT C

**MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

SETH RUSEK,

      Plaintiff,

v.

      Civil Action No. 26-M-17436

AMERIS BANK,

      Defendant.

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:    Clerk of Court, Magistrate Court of Gwinnett County, State of Georgia
       75 Langley Dr.
       Lawrenceville, Georgia 30046

Please take notice that on May 21, 2026, Defendant, Ameris Bank ("Ameris"), filed a

Notice of Removal of this action from the Magistrate Court of Gwinnett County, State of Georgia,

to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy

of the Notice of Removal is attached hereto as **Exhibit A.**

You are also advised that, on filing such Notice of Removal in the office of the Clerk of

the United States District Court for the Northern District of Georgia, Atlanta Division, Ameris also

filed copies thereof with the Clerk of the Magistrate Court of Gwinnett County, State of Georgia,

to effect the removal pursuant to 28 U.S.C. § 1446(d). Ameris respectfully requests that the

Magistrate Court of Gwinnett County, State of Georgia proceed no further in this action unless

and until such time as the action may be remanded by Order of the United States District Court for

the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 21st day of May, 2026.

ADAMS & REESE, LLP

/s/Amy L. Hanna Keeney
Amy L. Hanna Keeney
Georgia Bar No. 509069
Adams & Reese, LLP
3455 Peachtree Road, NE, Suite 1750
Atlanta, GA 30326
Telephone: (470) 427-3700
amyhanna.keeney@arlaw.com
*Counsel for Ameris Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, a true and correct copy of the

foregoing has been served via First Class U.S. Mail, postage prepaid, upon:

Seth Rusek
2153 Spencer Court
Marietta, Georgia 30066
*Plaintiff*

/s/Amy L. Hanna Keeney
Amy L. Hanna Keeney
Georgia Bar No. 509069

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

SETH RUSEK,

      Plaintiff,

v.

      Case No.

AMERIS BANK,

      Defendant.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant, AMERIS BANK ("Ameris"), hereby removes the above-captioned action from the Magistrate Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice of Removal, Ameris states as follows:

## INTRODUCTION

1.    On April 6, 2026, Plaintiff, SETH RUSEK ("Plaintiff"), filed a statement of claim against Ameris (the "Statement of Claim") in the Magistrate Court of Gwinnett County, State of Georgia, styled *Seth Rusek v. Ameris Bank*, Civil Action No. 26-M-17436 (the "State Court Action").

2.    Plaintiff served the Statement of Claim on Ameris on April 21, 2026. Accordingly, pursuant to 28 U.S.C. §1446(b), this notice of removal is timely filed

within thirty (30) days of the date upon which Ameris received a copy of the initial pleading in the State Court Action.

3.    There are no other defendants named who must consent to removal.

4.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the State Court Action are attached hereto as **Composite Exhibit A**. Also, pursuant to 28 U.S.C. § 1446(d), attached hereto as **Exhibit B** is a true and correct copy of the Notice to Plaintiff of Removal to Federal Court to be filed and issued by Ameris in the State Court Action. Lastly, attached hereto as **Exhibit C** is a true and correct copy of the Notice of Filing Notice of Removal to be filed by Ameris in the State Court Action.

5.    The United States District Court for the Northern District of Georgia, Atlanta Division, is the federal judicial district embracing the Magistrate Court of Gwinnett County, State of Georgia, where the State Court Action was originally filed. Therefore, venue is proper under 28 U.S.C. §§ 90(a)(2) and 1441(a).

6.    Removal of this action is proper because it is an action in which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331: it arises under the Expedited Funds Availability Act (12 U.S.C. §§ 4001-4010, the "EFAA") and its implementing regulation, Subpart B of Regulation CC (12 C.F.R. §§ 229.10-229.21), both of which are laws of the United States of America.

7.    In his Statement of Claim, Plaintiff alleges Ameris violated the EFAA and/or Subpart B of Regulation CC by failing to provide him with a "legally sufficient exception-hold notice" after Plaintiff made a deposit through Ameris's mobile deposit service. *See* Composite Exhibit A at Statement of Claim, p.1.

8.    Since there is a federal question at issue in the State Court Action, it is one over which the district courts of the United States have original jurisdiction under 28 U.S.C. § 1331. Therefore, the State Court Action may be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, as the district court of the United States for the district and division embracing the place where the State Court Action is pending under 28 U.S.C. § 1441 *et seq.*

9.    Nothing in this Notice of Removal shall be construed as a waiver of Ameris's right to assert any defense or affirmative matter.

WHEREFORE, PREMISES CONSIDERED, Defendant, AMERIS BANK, removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

Dated this 21st day of May, 2026.

**ADAMS & REESE, LLP**

*/s/Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069
Adams & Reese, LLP
3455 Peachtree Road, NE, Suite 1750
Atlanta, GA 30326
Telephone: (470) 427-3700
amyhanna.keeney@arlaw.com

*Counsel for Ameris Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, I electronically filed

the foregoing with the Clerk of the Court via the CM/ECF system, which will send

a notice of electronic filing to all counsel of record and CM/ECF participants, and a

copy has been served via First Class U.S. Mail upon:

Seth Rusek
2153 Spencer Court
Marietta, GA  30066
*Plaintiff*

/s/Amy L. Hanna Keeney
Amy L. Hanna Keeney
Georgia Bar No. 509069

# COMPOSITE EXHIBIT A

# MAGISTRATE COURT OF ___Gwinnett___ COUNTY, GEORGIA

Date Filed **4/6/2026**

Case No: ___26-M-17436___

Seth Rusek

2153 Spencer Court

Marietta, GA 30066

**STATEMENT OF CLAIM**

**Plaintiff(s) Name, Address**

vs

Ameris Bank c/o Registered Agent

289 South Culver Street

Lawrenceville, GA 30046

**Defendant(s) Name, Address**

---

[ ] Suit on Note  [ ] Suit on Account  [ ] Breach of Contract  [ ] Injury  [✔] Other
Violation of Regulation CC Expedited Funds Availability Act; wrongful withholdin

1.  The Court has jurisdiction over the defendant(s)  [✔] the Defendant(s) is a resident of  Gwinnett  County; [ ] Other
(please specify) Venue is proper as Defendant is a corporation with its Registered Agent CT Corporation Systems in Gwinnett County.

2.  **Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):**
Plaintiff deposited a $4,150.00 check by mobile deposit on August 25, 2025. Defendant withheld the entire deposit for seven business days and failed to provide a legally sufficient exception-hold notice under Regulation CC/the Expedited Funds Availability Act. Plaintiff seeks $1,350 statutory damages, court costs, and all other lawful relief. 12 C.F.R. Part 229.10, 229.13, app C - Driverdo LLC v. JPMorgan Chase Bank and Garfield-Dan Ryan Currency Exch v. Citibank concur mobile deposits are RegCC

3.  That said claim is in the amount of: _____**1350**_____, principal _____ interest, plus
attorney's fees in the amount of _____ pursuant to _____, plus
___**960**___ costs to date, and all future costs of this suit.

State of Georgia, ___**Gwinnett**___ County:

_____ swears the foregoing is a just and true statement the
amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

**By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.**

**Plaintiff(s) or Agent**
**(If Agent, Title or Capacity)** _____

[redacted]

**Day Time Phone Number**

---

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER. *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the
_____**75 Langley Dr, Lawrenceville, GA 30046**_____, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This _____ day of ___**4/7/2026**___. 20 ___    _____
                                                    Magistrate or Deputy Clerk of Court

**Civil Action No:** 26-M-17436
**Date Filed:** April 7, 2026

E-FILED IN OFFICE AN
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
26-M-17436
4/23/2026 5:12 PM
TIANA P. GARNER, CLERK

IN THE MAGISTRATE COURT OF GWINNETT
COUNTY; STATE OF GEORGIA

**Attorney's or Plaintiff's Address & Telephone Number:**

Seth Rusek

2153 Spencer Court

Marietta, Georgia 30066

**Seth Rusek**

**PLAINTIFF(S)**

v/s

**Ameris Bank**

**DEFENDANT (S)**

**Name and Address of Party to be Served:**

Ameris Bank

c/o C T Corporation System

289 S. Culver Street

**COST OF SERVICE $ 40.00**

Lawrenceville, Georgia 30043

## SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE

**DATE OF SERVICE: April 21, 2026 @ 2:31 pm EDT**

[  ] **PERSONAL** Place of Service [  ] same as above; [  ] other, as follows _____
I served this def./garnishee with a copy of the action & summons:

[  ] **NOTORIOUS** I served Def./Garnishee by leaving a copy of the action and summons at the most notorious place of business in the county: _____

| Delivered the same to: approximate height: | described as follows: approximate age: and living at the home of the defendant. | approximate weight:    pounds; |

[ X ] **CORPORATION** Upon corporation: **Ameris Bank**

By serving: **Linda Banks, Intake Specialist** in charge of the office and place of business of the corporation in the county

By serving: **C. T. Corporation System**, its registered agent. with the **Statement of Claim.**

[  ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons  (Dispossessory only)

[  ] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court.
Other:

**(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.)** I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the def./garnishee  simultaneous with service of all documents connected with this action.*(Please use a blue ink which clearly indicates this is an original affidavit.)*

Sworn to before me this ___22ⁿᵈ___ day of
___April___. 20_2_6_

_____
Notary Public, my commission expires:
Notary shall affix seal

_____
Signature of Process Server (signed only before notary public/clerk)

Print Name: ___Lee  J.  Gau thrcauX___
(Must be clearly legible on def./garnishee  copy to indicate who made service at the time service was made.)

# EXHIBIT B

MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SETH RUSEK,

    Plaintiff,

v.

AMERIS BANK,

    Defendant.

Civil Action No. 26-M-17436

## NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), this Notice shall serve as the written notice to Plaintiff, SETH RUSEK ("Plaintiff"), that Defendant, AMERIS BANK ("Ameris"), filed a Notice of Removal of the action filed in the Magistrate Court of Gwinnett County, State of Georgia, styled *Seth Rusek v. Ameris Bank*, Civil Action No. 26-M-17436 (the "State Court Action"), to the United States District Court for the Northern District of Georgia, Atlanta Division.

Attached to and included with this Notice are:

1.    Ameris' Notice of Removal as filed with the United States District Court for the Northern District of Georgia, Atlanta Division, which includes a copy of all process, pleadings, and orders filed against Ameris in the State Court Action (**Composite Exhibit A**); and

2.    Ameris' Notice of Filing to the Magistrate Court of Gwinnett County, State of Georgia, of Notice of Removal (**Exhibit B**).

Respectfully submitted this 21st day of May, 2026.

**ADAMS & REESE, LLP**

*/s/Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069
Adams & Reese, LLP
3455 Peachtree Road, NE, Suite 1750
Atlanta, GA 30326
Telephone: (470) 427-3700
amyhanna.keeney@arlaw.com
*Counsel for Ameris Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, a true and correct copy of the

foregoing has been served via First Class U.S. Mail, postage prepaid, upon:

Seth Rusek
2153 Spencer Court
Marietta, Georgia 30066
*Plaintiff*

*/s/Amy L. Hanna Keeney*
Amy L. Hanna Keeney
Georgia Bar No. 509069

# EXHIBIT C

**MAGISTRATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

SETH RUSEK,

    Plaintiff,

v.

    Civil Action No. 26-M-17436

AMERIS BANK,

    Defendant.

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Clerk of Court, Magistrate Court of Gwinnett County, State of Georgia
75 Langley Dr.
Lawrenceville, Georgia 30046

Please take notice that on May 21, 2026, Defendant, Ameris Bank ("Ameris"), filed a Notice of Removal of this action from the Magistrate Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal is attached hereto as **Exhibit A.**

You are also advised that, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, Ameris also filed copies thereof with the Clerk of the Magistrate Court of Gwinnett County, State of Georgia, to effect the removal pursuant to 28 U.S.C. § 1446(d). Ameris respectfully requests that the Magistrate Court of Gwinnett County, State of Georgia proceed no further in this action unless and until such time as the action may be remanded by Order of the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 21st day of May, 2026.

**ADAMS & REESE, LLP**

/s/Amy L. Hanna Keeney
Amy L. Hanna Keeney
Georgia Bar No. 509069
Adams & Reese, LLP
3455 Peachtree Road, NE, Suite 1750
Atlanta, GA 30326
Telephone: (470) 427-3700
amyhanna.keeney@arlaw.com
*Counsel for Ameris Bank*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, a true and correct copy of the

foregoing has been served via First Class U.S. Mail, postage prepaid, upon:

Seth Rusek
2153 Spencer Court
Marietta, Georgia 30066
*Plaintiff*

/s/Amy L. Hanna Keeney
Amy L. Hanna Keeney
Georgia Bar No. 509069